# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> PSR PETRO MART LLC and JASWINDER SINGH, <br><br> Defendants. | Case No. 17-CV-899-JPS <br><br> **ORDER** |

On July 2, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #21 and #22). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court will also grant Plaintiff's related motion to seal. (Docket #20).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to seal (Docket #20) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the parties' joint stipulation of dismissal (Docket #21 and #22) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge